UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

UNITED STATES OF AMERICA,       )
                                )
            Plaintiff,          )
                                )
v.                              )            No. 3:25-CR-75-TAV-JEM
                                )
ODIE EUGENE GRIFFITH,           )
                                )
            Defendant.          )

**MEMORANDUM AND ORDER**

All pretrial motions in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b) for disposition or recommendation as appropriate. This case is before the Court on Defendant Odie Eugene Griffith's Unopposed Motion to Continue Plea Deadline and Trial [Doc. 22], which he filed on August 3, 2026.

Defendant asks the Court to continue relevant deadlines and the trial in his case currently set for September 1, 2026 [*Id.*]. In support, Defendant states that on May 21, 2026, Government counsel was substituted in this case [*Id.* ¶ 1]. Defendant's counsel and the Government are involved in ongoing plea negotiations [*Id.* ¶ 2]. Defendant asserts that a continuance will permit the parties an opportunity to make a full resolution of all issues pending against Defendant [*Id.* ¶ 3]. Defendant states he understands that the period between the filing of his motion and a rescheduled court date will be fully excludable for speedy trial purposes [*Id.* ¶ 4]. Defendant also states that the Government does not oppose the requested continuance [*Id.* ¶ 5].

Based upon the information in Defendant's motion and because the Government does not oppose the continuance, the Court finds the ends of justice served by granting a continuance outweighs the interests of the defendants and the public in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A). In making this determination, the Court has considered the factors set forth in

18 U.S.C. § 3161(h)(7)(B). Specifically, the Court concludes that failing to grant a continuance would both result in a miscarriage of justice and deny counsel for Defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See id.* § 3161(h)(7)(B)(i), (iv). Specifically, Defendant's counsel and counsel for the Government need additional time to continue discussions regarding a resolution, and, if necessary, prepare for trial. The Court finds that this cannot occur before the September 1, 2026, trial date.

The Court therefore **GRANTS** Defendant's Unopposed Motion to Continue Plea Deadline and Trial [**Doc. 22**]. The trial date is reset to **January 19, 2027**. A new, comprehensive trial schedule is included below. Because the Court has found that the ends of justice served by granting a continuance outweigh the interests of Defendant and the public in a speedy trial, all of the time between the filing of the motion on August 3, 2026, and the new trial date is fully excludable time under the Speedy Trial Act. *See* 18 U.S.C. § 3161(h)(1)(D), (h)(7)(A)–(B).

Accordingly, it is **ORDERED** as follows:

(1) Defendant's Unopposed Motion to Continue Plea Deadline and Trial [**Doc. 22**] is **GRANTED**;

(2) the trial date is reset to commence on **January 19, 2027, at 9:00 a.m.**, before the Honorable Thomas A. Varlan, United States District Judge;

(3) all time between the filing of the motion on **August 3, 2026**, and the new trial date of **January 19, 2027**, is fully excludable time under the Speedy Trial Act for the reasons set forth herein;

(4) the deadline for filing a plea agreement in the record and providing reciprocal discovery is **December 18, 2026**;

(5) the deadline for filing motions *in limine* is **January 4, 2027**, and responses to motions *in limine* are due on or before **January 12, 2027**;

(6) the parties are to appear before the undersigned for a final pretrial conference on **January 5, 2027, at 1:30 p.m.**; and

2

(7) requests for special jury instructions with appropriate citations to authority pursuant to Local Rule 7.4 shall be filed on or before **January 8, 2027**.

**IT IS SO ORDERED.**

ENTER:

Jill E. McCook
United States Magistrate Judge

3